1  MARK J. BOURASSA, ESQ.
   Nevada Bar No. 7999
2  TRENT L. RICHARDS, ESQ.
   Nevada Bar No. 11448
3  **BOURASSA LAW GROUP**
4  8668 Spring Mountain Road, Suite 101
   Las Vegas, Nevada 89117
5  Tel: (702) 851-2180
   Fax: (702) 851-2189
6  mbourassa@blgwins.com
7  trichards@blgwins.com
   *Attorney for Plaintiff Timothy J. Greene*

8

9                    **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

| | |
|---|---|
| 11  TIMOTHY J. GREENE, an individual, | Case No.: 2:16-cv-00641-GMN-VCF |
| 12           Plaintiff, | |
| 13  vs. | **JOINT DISCOVERY PLAN** |
| 14  | **AND SCHEDULING ORDER** |
| 15  PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company, | |
| 16           Defendant. | **SUBMITTED IN COMPLIANCE** |
| 17  | **WITH LR 26-1(b)** |

18       Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Practice 26-1, the

19  parties, Plaintiff Timothy J. Greene and Defendant Portfolio Recovery Associates, LLC, by and

20  through their respective counsel of record, hereby stipulate to and request that the Court enter the

21  following proposed Joint Discovery Plan and Scheduling Order:

22       Meeting:  Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, a meeting was held on May 31,

23  2016 and was attended by:

24

25           Trent L. Richards, Esq. of the Bourassa Law Group, counsel of record for Plaintiff,

26  Timothy J. Greene

27           Michael R. Ayers, Esq. of Hinshaw & Culbertson LLP counsel of record for

28  Defendant Portfolio Recovery Associates, LLC.

1    Pre-Discovery Disclosures: The parties hereby stipulate that they shall make their initial disclosures of information required by Fed. R. Civ. P. 26 (a)(1) by **Tuesday, June 14, 2016**, which is *fourteen (14) days* from the Rule 26(f) meeting. No changes need be made to the form or requirements of such disclosures.

Areas of Discovery: Discovery will be conducted on all issues including, but not limited to, all claims and defenses within the scope of the pleadings consistent with the Federal Rules of Civil Procedure and the Local Rules of this district.

1.    Discovery Cut-Off Date: Discovery shall take one hundred seventy-nine (179) days, measured from May 2, 2016, which is the date the first defendant answered or otherwise appeared in the case. This does not exceed the one hundred eighty (180) day presumptive outside limit LR 26-1(b)(1) sets for completing discovery. Accordingly, discovery must be commenced in time to be completed by **Friday, October 28, 2016.**

2.    Amending the Pleadings and Adding Parties: The parties shall have until **Friday, July 29, 2016**, to file a[ny] motion[s] to amend the pleadings or to add parties. This is ninety (91) days before the discovery cut-off date and does not exceed the outside limit LR 26-1(b)(2) presumptively sets of not less than ninety (90) days prior to the close of discovery for filing such motions.

3.    Fed. R. Civ. P. 26(a)(2) Disclosures (Experts): Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2), except that:

[i]    The disclosure of experts and expert reports shall occur on **Monday, August 29, 2016**, which is sixty (60) days before the discovery cut-off date in accordance with LR 26-1(b)(3); and

[ii]   The disclosure of rebuttal experts and their reports shall occur on **Wednesday, September 28, 2016**, which is twenty-nine (29) days after the initial disclosure of

- 2 -

experts in accordance with LR 26-1(b)(3).

    4.  <u>Dispositive Motions</u>:  The parties shall have until **Friday November 25, 2016** to file dispositive motion(s).  This is twenty-eight (28) days after the discovery cut-off date and does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR 26-1(b)(4) presumptively sets for filing dispositive motions.

    5.  <u>Pretrial Order</u>:  The joint pretrial order shall be filed by **Friday, December 23, 2016**, which is not later than thirty (30) days after the date set for filing dispositive motions in this case in accordance with LR 26-1(b)(5).  In the event a timely dispositive motion is filed, the deadline to submit the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motion or further order of the Court.

    6.  The disclosures required by Fed. R. Civ. P. 26(b)(6) shall be made in the joint pretrial order.

    7.  <u>Alternative Dispute Resolution.</u>  The parties hereby certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

    8.  <u>Alternative Forms of Case Disposition.</u>  The parties hereby certify that they considered consent to trial by a magistrate judge under 28 U.S. C. 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

    9.  <u>Electronically Stored Information</u>:  The parties have not identified any unique electronically stored information issues at this point, but in the event that the parties do encounter such an issue, they agree to meet and confer in good faith to reach a mutual agreement regarding the production of such information.

    10.  <u>Other Items</u>:

      a.  <u>Interim Status Report</u>:  The parties shall file the interim status report

- 3 -

1  required by LR 26-3 by **Monday, August 29, 2016**.  The undersigned counsel certify that they have read LR 26-3 and that this date is no later than sixty (60) days before the discovery cut-off date.

        b.    <u>Settlement</u>.  The parties have not discussed settlement at this time.

        c.    <u>Later Appearing Parties</u>:  A copy of this discovery plan and scheduling order shall be served on any person served after it is entered or, if additional defendants should appear, within five (5) days of their first appearance.  This discovery plan and scheduling order shall apply to such later appearing parties, unless a stipulation of the parties is approved by the Court or the Court, on motion for good cause shown, orders otherwise.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

d.    Extensions or Modifications of the Discovery Plan and Scheduling Order: LR 26-4 governs modifications or extensions of this discovery plan and scheduling order. Any stipulation or motion must be made not later than twenty-one (21) days before the expiration of the subject deadline and comply fully with LR 26-4.

**AGREED AND ACCEPTED:**

| Plaintiff: | Defendant: |
|---|---|
| DATED this 1st day of June 2016 | DATED this 1st day of June, 2016 |
| BOURASSA LAW GROUP | HINSHAW & CULBERTSON LLP |
| By: /s/ Mark Bourassa<br>MARK J. BOURASSA, ESQ.<br>Nevada Bar No. 7999<br>TRENT L. RICHARDS, ESQ.<br>Nevada Bar No. 11448<br>8668 Spring Mountain Rd., Suite 101<br>Las Vegas, Nevada 89117<br>Telephone: (702) 851-2180<br>Facsimile: (702) 851-2189<br>*Attorneys for Plaintiff* | By: /s/ Michael R. Ayers<br>MICHAEL R. AYERS, ESQ.<br>Nevada Bar No. 10851<br>2570 E Camelback Rd, Suite 750<br>Phoenix AZ 85016<br>Telephone: (602) 631-4400<br>Facsimile: (602) 631-4404<br>*Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
June 2, 2016
DATED: _____
CASE NO.:  2:16-cv-00641-GMN-VCF